In the Matter of the Petition of Tremont Housing Corporation, to Register the Title to Certain Lands. Joseph Eagan and Others, Appellants; Marion De Vries, Inc., Respondent.— Judgment unanimously affirmed, with costs, upon opinion of Official Referee Edward B. Thomas.█ Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Elise Kremer, an Infant, by Bettina Springer, Her Guardian ad Litem, Appellant, v. William Charles Kremer, Also Known as William Henry Kremer, Respondent.— Order, as resettled, denying plaintiff's motion to vacate and set aside judgment granted upon default and to restore the case to the Special Term calendar reversed upon the law and the facts, without costs, and motion granted, without costs. The interests of the infant, the child of the marriage, are of prime importance; and in view of the serious charges made by plaintiff against defendant, the infant's father, a trial of the issues should be had before her custody be determined. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Emil F. Kupfer and Mary Kupfer, Plaintiffs, Respondents, v. Jessie R. Thompson and Others, Defendants, Respondents. · Packard Motor Car Company of New York and Others, Appellants.— On reargument, the court adheres to the decision handed down on December 23, 1929 (227 App. Div. 516). Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents for the reasons stated in his dissenting opinion (227 App. Div. 519).